# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0097

VERSUS

STEVEN ANTHONY WALCOTT, JR.

**APRIL 12, 2023**

---

In Re:    Steven Anthony Walcott, Jr., applying for supervisory
          writs, 32nd Judicial District Court, Parish of
          Terrebonne, Nos. 685155, 728672, 746493, 748075.

---

**BEFORE:    McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DENIED.**

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

a.S.

---

DEPUTY CLERK OF COURT
FOR THE COURT